## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **TAMARA FAVAZZA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.   4:12cv1561 TCM |
| | ) |
| **PATH MEDIA HOLDINGS, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## **ORDER**

On the Court's own motion the status conference is reset from October 5, 2012, at 2:30 p.m. to **October 19, 2012**, at **2:00 p.m.**

SO ORDERED.

                                        /s/ Thomas C. Mummert, III
                                      THOMAS C. MUMMERT, III
                                      UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of October, 2012.